CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARAN REDDY ENUGALA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No.3:25-cv-04389 LJC <br><br> **STIPULATION TO STAY PROCEEDINGS;** ~~**[PROPOSED]**~~ **ORDER** |

    The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until October 30, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status. United States Citizenship and Immigration Services ("USCIS") has adjudicated the Form I-526 petition for Plaintiff Charan Reddy Enugala's family and issued a Request for Evidence ("RFE") on their Form I-485 applications. USCIS issued a RFE on Plaintiff Sandhya Kolluru's Form I-526 petition. USCIS will take adjudicative action on the applications by Plaintiff Aditya Sanja Belsare's family. In light of USCIS' action, the parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this

Stipulation to Stay
C 3:25-cv-04389 LJC                      1

case for a limited time to allow the agency to further process Plaintiffs' applications. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 30, 2025, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 6, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: August 6, 2025

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 7, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.