CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARAN REDDY ENUGALA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No.3:25-cv-04389 LJC <br><br> **STIPULATION TO STAY CASE; [PROPOSED] ORDER** |

      Subject to the Court's approval, Plaintiff and Defendants, through their undersigned counsel of record hereby stipulate as follows:

      1.    Plaintiffs Aditya Belsare and Sandhya Kolluru filed a Form I-526E, Immigrant Petition by Regional Center Investor, based on their investment in the EB-5 project, Tramway 43 EB-5 Fund LP. United States Citizenship and Immigration Services ("USCIS") issued a Notice of Intent to Revoke ("NOIR") to Tramway 43 EB-5 Fund LP. USCIS is in the processing of reviewing the fund's response to the NOIR, and the agency will need sufficient time to take further adjudicative action.

      2.    At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the federal Defendants. The Department does not know when

funding will be restored by Congress.

3. The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys and employees of the United States Attorney's Office are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel is furloughed for the duration of the lapse in appropriations.

5. The parties therefore request a stay of all briefing deadlines in this case until February 27, 2026, or until Congress has restored appropriations to the Department of Justice and the government shutdown ends, whichever occurs later.

6. If this stay is granted, counsel for the Defendants will promptly notify the Court as soon as the government shutdown has ended and, if necessary, given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

The parties respectfully request that the Court grant their stipulation.

Dated: October 27, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: October 27, 2025

/s/ Kristina David
KRISTINA DAVID
David Strashnoy Law, PC
Attorney for Plaintiffs

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

This case is hereby STAYED until February 27, 2026, or until Congress has restored appropriations to the Department of Justice and the government shutdown ends, whichever occurs later.

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 29, 2025

LISA J. CISNEROS
United States Magistrate Judge