CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7177
 Facsimile: (415) 436-6748
 Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARAN REDDY ENUGALA, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | Case No.3:25-cv-04389 LJC <br><br> **JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. On October 29, 2025, the Court granted the parties' request to stay proceedings until February 27, 2026.  Dkt. No. 14. United States Citizenship and Immigration Services ("USCIS") adjudicated the applications for Plaintiff Enugala and Plaintiff Kolluru.  USCIS is reviewing Plaintiff Belsare's applications and needs additional time to take further adjudicative action.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 28, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Joint Status Report and Stipulation
C 3:25-cv-04389 LJC                                1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 27, 2026                    Respectfully submitted,[1]

                                            CRAIG H. MISSAKIAN
                                            United States Attorney


                                            /s/ Molly A. Friend
                                            MOLLY A. FRIEND
                                            Assistant United States Attorney
                                            Attorneys for Defendant


Dated: February 27, 2026

                                            /s/ Kristina David
                                            KRISTINA DAVID
                                            David Strashnoy Law, PC
                                            Attorney for Plaintiffs


                            **ORDER**

       Pursuant to stipulation, IT IS HEREBY ORDERED. This case is hereby STAYED until April 28, 2026.


Date: February 27, 2026

                                            _____
                                            LISA J. CISNEROS
                                            United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 3:25-cv-04389 LJC                        2