CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARAN REDDY ENUGALA, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>            Defendant. | Case No.3:25-cv-04389 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiffs' Form I-526E, Immigrant Petition by Regional Center Investor, and Form I-485, Application to Register Permanent Residence or Adjust Status. On February 27, 2026, the Court granted the parties' request to stay proceedings until April 28, 2026.  Dkt. No. 17. United States Citizenship and Immigration Services ("USCIS") issued a Request for Evidence ("RFE") on Plaintiff Belsare's Form I-526 petition, and the response to the RFE is due by July 10, 2026.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 8, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

Joint Status Report and Stipulation
C 3:25-cv-04389 LJC               1

case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 27, 2026                    Respectfully submitted,[1]

                                         CRAIG H. MISSAKIAN
                                         United States Attorney


                                         /s/ Molly A. Friend
                                         MOLLY A. FRIEND
                                         Assistant United States Attorney
                                         Attorneys for Defendant


Dated: April 27, 2026

                                         /s/ Kristina David
                                         KRISTINA DAVID
                                         David Strashnoy Law, PC
                                         Attorney for Plaintiffs


## ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED. This case is hereby STAYED until October 8, 2026.

Date: April 29, 2026

                                         _____
                                         LISA J. CISNEROS
                                         United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
C 3:25-cv-04389 LJC                      2